## Giovanni Fiorella, Appellant, v. Louise Fiorella, Appellee.

### Gen. No. 43,616.

opinion filed May 6, 1946; released for publication May 27, 1946. Herman P. Haase, for appellant; Louis B. Goldberg, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.